IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES DEMBY, | § | |
| | § | |
| Defendant-Below, | § | |
| Appellant, | § | No. 298, 2018 |
| | § | |
| v. | § | Court Below: |
| | § | Superior Court of the |
| STATE OF DELAWARE, | § | State of Delaware |
| | § | |
| Plaintiff-Below, | § | Cr. I.D. No. N1706011498 A&B |
| Appellee. | § | |

Submitted: December 12, 2018
Decided: December 14, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

### O R D E R

This 14th day of December 2018, the Court, having considered the matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its bench ruling dated January 17, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice